JENNIFER LANTZ (Bar No. 202252)
jennifer.lantz@hoganlovells.com
JAMES R. CADY (Bar No. 213377)
james.cady@hoganlovells.com
HOGAN LOVELLS US LLP
525 University Avenue, 3rd Floor
Palo Alto, California 94301
Telephone:    (650) 463-4000
Facsimile:    (650) 463-4199

CHRISTIAN E. MAMMEN (Bar No. 188454)
chris.mammen@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone:    (415) 374-2300
Facsimile:    (415) 374-2499

Attorneys for Plaintiff
eBay, Inc.

JEFFREY G. KNOWLES (Bar No. 129754)
ef–jgk@cpdb.com
JULIA D. GREER (Bar No. 200479)
ef–jdg@cpdb.com
BEJAN D. FANIBANDA (Bar No. 266377)
ef-bdf@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendant
Dotcom Retail Limited and BeautyBay.Com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY, INC., | Case No. 13-CV-02853-EMC |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOTCOM RETAIL LIMITED et al., | Complaint: Filed June 20, 2013 |
| Defendant. | Judge: Hon. Edward M. Chen |

Whereas, the Court has scheduled an initial Case Management Conference for October 10, 2013, meaning that the deadline for the parties to meet and confer under Rule 26(f) is September 19, 2013;

Whereas, plaintiff eBay, Inc. has recently retained new counsel, who entered appearances on September 20, 2013;

Whereas, defendants Dotcom, Inc. and BeautyBay, Inc. have waived service of summons, resulting in a September 30, 2013 deadline for defendants to Answer or otherwise respond to the Complaint; and

Whereas, the parties have agreed that it would be beneficial to defer a Rule 26(f) conference until after the defendants' initial response to the Complaint;

IT IS THEREFORE STIPULATED that the initial Case Management Conference is continued by 30 days, until November 11, 2013, or the first court date thereafter that is available on the Court's calendar and that the ADR certification deadline be reset to coincide with the Case Management Conference schedule.

Dated:  September 20, 2013

Respectfully submitted,

HOGAN LOVELLS US LLP


By: */s/ Jennifer Lantz*
    Jennifer Lantz
    Attorneys for Plaintiff
    eBay, Inc.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2013 | COBLENTZ PATCH DUFFY & BASS LLP |

By: */s/ Julia D. Greer*
    Julia D. Greer
    Attorneys for Defendant
    Dotcom Retail Limited and BeautyBay.Com

IT IS SO ORDERED.  The CMC is reset for 11/21/13 at 9:00 a.m.  A joint CMC statement shall be filed by 11/14/13.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

- 3 -

STIPULATION TO CONTINUE INITIAL CMC
CASE NO. 13-CV-02853-EMC

\\037830/000011 - 1073864 v2