HOGAN LOVELLS US LLP
Jennifer M. Lantz (Bar No. 202252)
Christian E. Mammen (Bar No. 188454)
James R. Cady (Bar No. 213377)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
jennifer.lantz@hoganlovells.com

Attorneys for Plaintiff and Counterdefendant
EBAY INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>Defendants. | Case No. CV-13-02853-SC<br><br>**PLAINTIFF EBAY INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR DECLARATORY RELIEF**<br><br>Trial Date: None Set<br><br>Jury Trial Requested |
| DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>Counterclaimants,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Counterdefendant. | |

Plaintiff eBay Inc. ("eBay") answers the Counterclaim of Defendants Dotcom Retail Limited ("Dotcom") and BeautyBay.com Limited ("BeautyBay") (collectively, "Defendants") as follows:

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO

1
PLAINTIFF EBAY'S INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR DECLARATORY
RELIEF – CASE NO.: CV-13-02853-SC

\\037830/000011 - 1076779 v2

1.      As to paragraph 1 of Defendants' Counterclaim, this is a legal contention that requires no response.

2.      As to paragraph 2 of Defendants' Counterclaim, this is a legal contention that requires no response.

3.      As to paragraph 3 of Defendants' Counterclaim, this is a legal contention that requires no response.

4.      As to paragraph 4 of Defendants' Counterclaim, eBay denies the allegations in paragraph 4.

5.      As to paragraph 5 of Defendants' Counterclaim, eBay admits that Defendants maintain and operate an e-commerce website at www.beautybay.com focused on skin-care and beauty products and that Defendants have been using the marks BEAUTYBAY and BEAUTY BAY (hereinafter the "BEAUTYBAY Marks") in conjunction with the above-mentioned business.  eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 5, and on that basis denies them.

6.      As to paragraph 6 of Defendants' Counterclaim, eBay admits that it is a Delaware corporation with its principal place of business in San Jose, California.  eBay further admits that it provides an online marketplace for buyers and sellers to buy, sell, bid on, and/or trade goods and services, and also provides online platforms, tools, and services to help individuals and small, medium, and large merchants around the globe engage in online and mobile commerce.  eBay additionally admits that it offers merchants and individuals the ability to choose to list their products and services online either through fixed price listings or an auction-style format.  eBay denies the remaining allegations in paragraph 6.

7.      As to paragraph 7 of Defendants' Counterclaim, eBay admits that Defendants previously operated an e-commerce website at www.fragrancebay.com called FragranceBay, together with the related company FragranceBay.com Ltd.  eBay further admits that Defendants maintain and operate an e-commerce website at www.beautybay.com focused on skin-care and beauty products and that Defendants have been using the BEAUTYBAY Marks in conjunction with the above-mentioned business.  eBay is without sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in paragraph 7, and on that basis denies them.

8. As to paragraph 8 of Defendants' Counterclaim, eBay admits that Defendants maintain and operate an e-commerce website at www.beautybay.com focused on skin-care and beauty products, and that Defendants have been using the BEAUTYBAY Marks in conjunction with the above-mentioned business. eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 8, and on that basis denies them.

9. As to paragraph 9 of Defendants' Counterclaim, eBay is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9, and on that basis denies them.

10. As to paragraph 10 of Defendants' Counterclaim, eBay is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10, and on that basis denies them.

11. As to paragraph 11 of Defendants' Counterclaim, eBay is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11, and on that basis denies them.

12. As to paragraph 12 of Defendants' Counterclaim, eBay admits that Defendants advertise and draw customers to their beautybay.com website through the use of popular search engines and social media platforms, such as Google and Facebook. eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 12, and on that basis denies them.

13. As to paragraph 13 of Defendants' Counterclaim, eBay admits that Defendants advertise and draw customers to their beautybay.com website through the use of popular search engines and social media platforms, such as Google and Facebook. eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 13, and on that basis denies them.

14. As to paragraph 14 of Defendants' Counterclaim, eBay admits that Defendants advertise and draw customers to their beautybay.com website through the use of popular search engines and social media platforms, such as Google and Facebook. eBay is without sufficient

1  knowledge or information to form a belief as to the truth of the remaining allegations in
2  paragraph 14, and on that basis denies them.

3      15.    As to paragraph 15 of Defendants' Counterclaim, eBay is without sufficient
4  knowledge or information to form a belief as to the truth of the allegations in paragraph 15, and
5  on that basis denies them.

6      16.    As to paragraph 16 of Defendants' Counterclaim, eBay is without sufficient
7  knowledge or information to form a belief as to the truth of the allegations in paragraph 16, and
8  on that basis denies them.

9      17.    As to paragraph 17 of Defendants' Counterclaim, eBay admits that Defendants
10 previously operated an e-commerce website at www.fragrancebay.com called FragranceBay,
11 together with the related company FragranceBay.com Ltd. eBay further admits that
12 Fragrancebay.com Limited was incorporated in the United Kingdom in September 1999. eBay is
13 without sufficient knowledge or information to form a belief as to the truth of the remaining
14 allegations in paragraph 17, and on that basis denies them.

15     18.    As to paragraph 18 of Defendants' Counterclaim, eBay denies the allegations in
16 paragraph 18.

17     19.    As to paragraph 19 of Defendants' Counterclaim, eBay denies the allegations in
18 paragraph 19.

19     20.    As to paragraph 20 of Defendants' Counterclaim, eBay denies the allegations in
20 paragraph 20.

21     21.    As to paragraph 21 of Defendants' Counterclaim, eBay is without sufficient
22 knowledge or information to form a belief as to the truth of the allegations in paragraph 21, and
23 on that basis denies them.

24     22.    As to paragraph 22 of Defendants' Counterclaim, eBay admits that Defendants
25 maintain and operate an e-commerce website at www.beautybay.com focused on skin-care and
26 beauty products and that Defendants have been using the BEAUTYBAY Marks in conjunction
27 with the above-mentioned business. eBay further admits that Defendants advertise and draw
28 customers to their beautybay.com website through the use of popular search engines and social

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO

4

PLAINTIFF EBAY'S INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR DECLARATORY
RELIEF – CASE NO.: CV-13-02853-SC

\\037830/000011 - 1076779 v2

media platforms, such as Google and Facebook. eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 22, and on that basis denies them.

23. As to paragraph 23 of Defendants' Counterclaim, eBay admits that Fragrancebay.com Limited applied to register the BEAUTYBAY Marks with the United Kingdom Intellectual Property Office in December 2006 and the Marks were registered in August 2007. eBay is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 23, and on that basis denies them.

24. As to paragraph 24 of Defendants' Counterclaim, eBay admits that Defendant Dotcom applied to register the mark BEAUTY BAY with the United States Patent and Trademark Office in October 2009. eBay denies the remaining allegations in paragraph 24.

25. As to paragraph 25 of Defendants' Counterclaim, eBay admits that a variety of products are available on its website, including electronics, collectibles and art, home and garden products, sporting goods, clothing, books, real estate, health and beauty products, and musical instruments. eBay admits that it provides an online marketplace for buyers and sellers to buy, sell, bid on, and/or trade goods and services, and also provides online platforms, tools, and services to help individuals and small, medium, and large merchants around the globe engage in online and mobile commerce. eBay further admits that it offers merchants and individuals the ability to choose to list their products and services online either through fixed price listings or an auction-style format. eBay denies the remaining allegations in paragraph 25.

26. As to paragraph 26 of Defendants' Counterclaim, eBay denies the allegations in paragraph 26.

27. As to paragraph 27 of Defendants' Counterclaim, eBay admits that it announced a "click and collect" service in September 2013 that will allow purchasers to pick up items purchased through eBay at physical outlets in the United Kingdom. eBay further admits that it provides an online marketplace for buyers and sellers to buy, sell, bid on, and/or trade goods and services, and also provides online platforms, tools, and services to help individuals and small, medium, and large merchants around the globe engage in online and mobile commerce. eBay

further admits that it offers merchants and individuals the ability to choose to list their products and services online either through fixed price listings or an auction-style format. eBay denies the remaining allegations in paragraph 27.

28. As to paragraph 28 of Defendants' Counterclaim, eBay admits that an eBay account associated with the user ID "fragbay" was active from 2002 to 2005. eBay admits that an eBay account with the user ID "beautybaycom" became active in 2005. eBay denies the remaining allegations in paragraph 28.

29. As to paragraph 29 of Defendants' Counterclaim, eBay admits that it sent an email in 2003 to fragrancebay.org's domain registrar stating among other things that the domain name fragrancebay.org "may infringe and/or dilute the famous eBay trademark." eBay denies the remaining allegations in paragraph 29.

30. As to paragraph 30 of Defendants' Counterclaim, eBay admits that it sent an email on or about October 21, 2004 regarding fragrancebay.com. eBay lacks information to admit or deny the remaining allegations in paragraph 30, and therefore denies the remaining allegations in paragraph 30.

31. As to paragraph 31 of Defendants' Counterclaim, eBay admits that in December 2010 it timely filed a Notice of Opposition with the USPTO objecting to Defendant Dotcom's attempt to register the BEAUTY BAY mark. eBay further admits that, in its Opposition, it maintains that Dotcom's application for the BEAUTY BAY mark should be denied due to likelihood of confusion with, and dilution of, the famous eBay trademark. eBay denies the remaining allegations in paragraph 31.

32. As to paragraph 32 of Defendants' Counterclaim, eBay admits that no resolution has been reached with Defendants concerning their wrongful use of the BEAUTYBAY name and BEAUTYBAY Marks. eBay denies the remaining allegations in paragraph 32.

33. As to paragraph 33 of Defendants' Counterclaim, eBay admits that in August 2012 eBay filed an application to invalidate Defendants' registration of the BEAUTYBAY Marks in the United Kingdom. eBay further admits that it filed the Complaint in this action on June 20, 2013. eBay denies the remaining allegations in paragraph 33.

34. As to paragraph 34 of Defendants' Counterclaim, eBay admits that no resolution has been reached with Defendants concerning their wrongful use of the BEAUTYBAY name and BEAUTYBAY Marks. eBay further admits that, in its Complaint herein, eBay seeks among other things an order and judgment requiring that Defendants be enjoined and restrained from using the infringing and dilutive BEAUTYBAY name and BEAUTYBAY Marks. eBay denies the remaining allegations in paragraph 34.

35. As to paragraph 35 of Defendants' Counterclaim, eBay denies the allegations in paragraph 35.

36. As to paragraph 36 of Defendants' Counterclaim, eBay admits that it sent emails regarding the domain names frangrancebay.org and fragrancebay.com in 2003 and 2004, respectively. eBay denies the remaining allegations in paragraph 36.

37. As to paragraph 37 of Defendants' Counterclaim, eBay denies the allegations in paragraph 37.

38. As to paragraph 38 of Defendants' Counterclaim, eBay denies the allegations in paragraph 38.

39. There is no paragraph 39 in Defendants' Counterclaim.

40. As to paragraph 40 of Defendants' Counterclaim, eBay denies the allegations in paragraph 40.

41. eBay realleges and incorporates paragraphs 1 through 40 above as if fully set forth herein.

42. As to paragraph 42 of Defendants' Counterclaim, eBay admits the allegations in paragraph 42.

43. As to paragraph 43 of Defendants' Counterclaim, eBay denies the allegations in paragraph 43.

44. As to Defendants' Prayer for Relief in connection with their Counterclaim, eBay denies that Defendants are entitled to any of the relief they seek or any relief at all.

WHEREFORE, eBay prays as follows:

1. That Defendants take nothing by reason of their Counterclaim, and that judgment

1  be rendered in favor of Plaintiff eBay;

2      2. That eBay be awarded costs of suit, including its reasonable attorneys' fees; and

3      3. For such other and further relief as the Court deems just and proper.

5  Dated: October 30, 2013            HOGAN LOVELLS US LLP

7                 By: /s/ Jennifer M. Lantz
8                     Jennifer M. Lantz
                    Attorneys for Plaintiff
9                      EBAY INC., a Delaware corporation

Hogan Lovells US LLP
Attorneys At Law
Palo Alto

8

PLAINTIFF EBAY'S INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR DECLARATORY
RELIEF – CASE NO.: CV-13-02853-SC

\\037830/000011 - 1076779 v2

1  be rendered in favor of Plaintiff eBay;

2     2. That eBay be awarded costs of suit, including its reasonable attorneys' fees; and

3     3. For such other and further relief as the Court deems just and proper.

5  Dated: October 30, 2013         HOGAN LOVELLS US LLP

7                    By: /s/ Jennifer M. Lantz

8                        Jennifer M. Lantz
                          Attorneys for Plaintiff

9                        EBAY INC., a Delaware corporation

Hogan Lovells US LLP
Attorneys At Law
Palo Alto

8

PLAINTIFF EBAY'S INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIM FOR DECLARATORY
RELIEF – CASE NO.: CV-13-02853-SC

\\037830/000011 - 1076779 v2

1 **REQUEST FOR JURY TRIAL**

2 eBay hereby demands a trial by a jury on all issues so triable.

4 Dated: October 30, 2013  HOGAN LOVELLS US LLP

6 By: /s/ Jennifer M. Lantz
7 Jennifer M. Lantz
Attorneys for Plaintiff
8 EBAY INC., a Delaware corporation