JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
BEJAN D. FANIBANDA (State Bar No. 266377)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com,
       ef-jdg@cpdb.com
       ef-bdf@cpdb.com

Attorneys for Defendants
DOTCOM RETAIL LIMITED and
BEAUTYBAY.COM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>    Defendants.<br><br>DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>    Counterclaimants,<br><br>    v.<br><br>EBAY INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No. CV-13-02853-SC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Trial Date: January 26, 2015 |

1   The Court, having considered the Parties' Joint Motion to Amend Scheduling Order,

2   submitted on August 29, 2014, hereby establishes the following schedule governing this case:

3   **November 26, 2014**:  Fact discovery cut-off

4   **December 10, 2014**:  Primary expert disclosures

5   **February 2, 2015**:  Rebuttal expert disclosures

6   **February 27, 2015:**  Expert discovery cut-off

7   **March ~~13~~ 20, 2015**:  Last hearing date for non-dispositive noticed motions

8   **April ~~10~~ 03, 2015**:  Last hearing date for dispositive motions

9   **April 14, 2015**:  File and serve motions in limine (except for *Daubert* challenges)

10  **April 21, 2015**:  File and serve oppositions to motions in limine

11  ~~**April 24, 2015:**~~ May 1, 2015  Pretrial conference

12  **April 27, 2015**:  Submit trial witness lists, submit *Daubert* challenges; submit trial briefs; file and serve excerpts of testimony; exchange exhibits; file proposed voir dire questions, jury instructions, and verdict form

14  **May 11, 2015:**  Trial begins

17  IT IS SO ORDERED.

19  Dated: 09/05/2014



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti