UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EBAY, INC.,

        Plaintiff,

v.

DOTCOM RETAIL LIMITED, et al.,

        Defendants.

No. 3:13-cv-02853 SC (EDL)

ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a hearing regarding the discovery letter briefs filed on 9/26/14 and 10/9/14 (Dkt. 42 & Dkt. 44) is set for Tuesday, October 21, 2014 at 1:30 p.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: October 16, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge