JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
SCOTT C. HALL (State Bar No. 232492)
BEJAN D. FANIBANDA (State Bar No. 266377)
SKYE D. LANGS (State Bar No. 287908)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-jgk@cpdb.com
          ef-jdg@cpdb.com
          ef-sch@cpdb.com
          ef-bdf@cpdb.com
          ef-sdl@cpdb.com

Attorneys for Defendants and Counterclaimants
DOTCOM RETAIL LIMITED and
BEAUTYBAY.COM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EBAY INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>　　　　Defendants.<br><br>DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>EBAY INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | Case No. CV-13-02853-SC<br><br>MODIFIED<br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**<br><br>Trial Date:  January 26, 2015 |

The Court, having considered the Parties' Joint Motion to Amend Scheduling Order, submitted on October 23, 2014, hereby establishes the following schedule governing this case:

| Date | Event |
|---|---|
| **February 20, 2015**: | Fact discovery cut-off |
| **March 6, 2015:** | Primary expert disclosures |
| **April 24, 2015:** | Rebuttal expert disclosures |
| **May 15, 2015 :** | Expert discovery cut-off |
| **June 5, 2015:** | Last hearing date for non-dispositive noticed motions |
| **June 12, 2015** ~~June 11, 2015~~ : | Last hearing date for dispositive motions |
| **June 24, 2015:** | File and serve motions in limine (except for *Daubert* challenges) |
| **July 1, 2015:** | File and serve oppositions to motions in limine |
| **July 13, 2015:** | Submit trial witness lists, submit *Daubert* challenges; submit trial briefs; file and serve excerpts of testimony; exchange exhibits; file proposed voir dire questions, jury instructions, and verdict form |
| July 31, 2015 ~~July 17, 2015:~~ | Pretrial conference |
| August 3, 2015 ~~July 27, 2015:~~ | Trial begins |

**IT IS SO ORDERED** AS MODIFIED.

Dated: __10/28/2014_____

_____
Hon. Samuel Conti
United States District Court Judge