| | |
|---|---|
| 1 | HOGAN LOVELLS US LLP |
| | Jennifer M. Lantz (Bar No. 202252) |
| 2 | Christian E. Mammen (Bar No. 188454) |
| | James R. Cady (Bar No. 213377) |
| 3 | 4085 Campbell Avenue, Suite 100 |
| | Menlo Park, California 94025 |
| 4 | Telephone:   (650) 463-4000 |
| | Facsimile:    (650) 463-4199 |
| 5 | jennifer.lantz@hoganlovells.com |
| | chris.mammen@hoganlovells.com |
| 6 | james.cady@hoganlovells.com |
| 7 | Attorneys for Plaintiff |
| | EBAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY INC., a Delaware corporation, | Case No.  CV-13-02853-SC |
| Plaintiff, | MODIFIED [~~PROPOSED~~] ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER |
| v. | |
| DOTCOM RETAIL, LIMITED, a United Kingdom company; BEAUTYBAY.COM LIMITED, a United Kingdom company, | |
| Defendant. | |
| DOTCOM RETAIL LIMITED, a United Kingdom company; BEAUTYBAY.COM, LIMITED, a United Kingdom company, | |
| Counterclaimants, | |
| v. | |
| EBAY INC., a Delaware corporation, | |
| Counterdefendant. | |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   The Court, having considered the Parties' Joint Motion to Amend Scheduling Order,
2   submitted on January 29, 2015, hereby establishes the following schedule governing this case:

| Date | Event |
|---|---|
| **March 23, 2015:** | Fact discovery cut-off |
| **April 6, 2015:** | Primary expert disclosures |
| **April 30, 2015:** | Rebuttal expert disclosures |
| **May 15, 2015:** | Expert discovery cut-off |
| **June 12, 2015:** (changed from June 5) | Last hearing date for non-dispositive noticed motions |
| **June 12, 2015:** | Last hearing date for dispositive motions |
| **June 24, 2015:** | File and serve motions in limine (except for *Daubert* challenges) |
| **July 1, 2015:** | File and serve oppositions to motions in limine |
| **July 13, 2015:** | Submit trial witness lists, submit *Daubert* challenges; submit trial briefs; file and serve excerpts of testimony; exchange exhibits; file proposed voir dire questions, jury instructions, and verdict form |
| **July 31, 2015:** | Pretrial conference |
| **August 3, 2015:** | Trial begins |

**IT IS SO ORDERED.**

Dated: 02/02/2015

_Judge Samuel Conti_
United States District Court, Northern District of California