| | |
|---|---|
| 1 | JENNIFER LANTZ (Bar No. 202252) |
| 2 | jennifer.lantz@hoganlovells.com<br>JAMES R. CADY (Bar No. 213377) |
| 3 | james.cady@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 4 | 4085 Campbell Avenue, Suite 100<br>Menlo Park, California  94025 |
| 5 | Telephone:     (650) 463-4000<br>Facsimile:      (650) 463-4199 |

CHRISTIAN E. MAMMEN (Bar No. 188454)
chris.mammen@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California  94111
Telephone:     (415) 374-2300
Facsimile:      (415) 374-2499

Attorneys for Plaintiff
eBay, Inc.

JEFFREY G. KNOWLES (Bar No. 129754)
ef–jgk@cpdb.com
JULIA D. GREER (Bar No. 200479)
ef–jdg@cpdb.com
BEJAN D. FANIBANDA (Bar No. 266377)
ef-bdf@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:     (415) 391-4800
Facsimile:      (415) 989-1663

Attorneys for Defendant
Dotcom Retail Limited and BeautyBay.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>DOTCOM RETAIL LIMITED et al.,<br><br>           Defendant. | Case No.  13-CV-02853-SC<br><br>**JOINT STATUS REPORT AND MOTION FOR FURTHER SUSPENSION PENDING FULL IMPLEMENTATION OF SETTLEMENT AGREEMENT** |

1  Pursuant to the Court's March 18, 2015 Order Vacating Deadlines Pending Settlement (Doc. 58), eBay Inc., Dotcom Retail Limited, and Beautybay.com Limited hereby set forth the status of the settlement between the parties, and request a further suspension of 60 days to complete the settlement terms.

On March 11, 2015, the parties executed a confidential settlement agreement that will, when the terms thereof have been fully completed, resolve this action. The parties have made progress in fulfilling the milestones in the settlement agreement, but require a further sixty (60) days to implement their obligations under the settlement.

There are presently no deadlines in the case, as all deadlines were vacated by the Court's March 18, 2015 Order.

The parties respect the Court's schedule and wish to ensure that the current action is resolved expeditiously and efficiently, without unnecessary use of judicial resources. The parties believe that a short continuation of the suspension of this action pending the full implementation of the parties' obligations under the settlement will result in eventual dismissal of this action, thereby avoiding significant burdens on this Court's time and resources, and on the parties' resources.  Therefore, the parties jointly move that the Court set a further status update for August 10, 2015.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated:  June 2 , 2015 | Respectfully submitted, |
| | HOGAN LOVELLS US LLP |
| | By: */s/ Jennifer Lantz* <br> Jennifer Lantz <br> Attorneys for Plaintiff eBay, Inc. |
| Dated:  June 2, 2015 | COBLENTZ PATCH DUFFY & BASS LLP |
| | By:  */s/ Julia D. Greer* <br> Julia D. Greer <br> Attorneys for Defendant <br> Dotcom Retail Limited and BeautyBay.Com |

Dated: June 17, 2015

_____
Hon. Samuel Conti
United States District Judge