1  JENNIFER LANTZ (Bar No. 202252)
   jennifer.lantz@hoganlovells.com
2  JAMES R. CADY (Bar No. 213377)
   james.cady@hoganlovells.com
3  HOGAN LOVELLS US LLP
   4085 Campbell Avenue, Suite 100
4  Menlo Park, California 94025
   Telephone:    (650) 463-4000
5  Facsimile:    (650) 463-4199

6  CHRISTIAN E. MAMMEN (Bar No. 188454)
   chris.mammen@hoganlovells.com
7  HOGAN LOVELLS US LLP
   3 Embarcadero Center, 15th Floor
8  San Francisco, California 94111
   Telephone:    (415) 374-2300
9  Facsimile:    (415) 374-2499

10 Attorneys for Plaintiff and Counterdefendant
   eBay, Inc.
11
   JEFFREY G. KNOWLES (Bar No. 129754)
12 ef–jgk@cpdb.com
   JULIA D. GREER (Bar No. 200479)
13 ef–jdg@cpdb.com
   BEJAN D. FANIBANDA (Bar No. 266377)
14 ef-bdf@cpdb.com
   COBLENTZ PATCH DUFFY & BASS LLP
15 One Ferry Building, Suite 200
   San Francisco, California 94111-4213
16 Telephone:    (415) 391-4800
   Facsimile:    (415) 989-1663
17
   Attorneys for Defendant and Counterclaimant
18 Dotcom Retail Limited and BeautyBay.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EBAY INC., | Case No. CV-13-02853-SC |
| Plaintiff, | |
| v. | |
| DOTCOM RETAIL, LIMITED, et al., | |
| Defendant. | |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the March 15, 2015 settlement agreement entered into by the parties, it is hereby stipulated and agreed by and between eBay Inc., Dotcom Retail Ltd. and BeautyBay.com, and their respective counsel, that all claims and counterclaims in the above-captioned case shall be dismissed with prejudice, each party to bear its own costs and fees.

The filer of the document hereby attests that concurrence in the filing has been obtained from each of the other Signatories, pursuant to Local Rule 5-1(i)(3).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 2, 2015    Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Jennifer Lantz*
Jennifer Lantz
Attorneys for Plaintiff
eBay, Inc.

Dated: July 2, 2015    COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Julia D. Greer*
Julia D. Greer
Attorneys for Defendant
Dotcom Retail Limited and BeautyBay.Com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

07/06/2015

_____
UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — Judge Samuel Conti)*